THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 03cr360 |
| | : | Judge Jones |
| v. | : | |
| | : | |
| SYLVESTER MARTIN | : | |
| Defendant | : | |

## ORDER

AND NOW, this 11th day of January  2006, after a full hearing and for the reasons stated on the record, it is hereby ORDERED that Defendant's bail is revoked and he shall remain in custody based upon his violation of the following conditions of release as set forth in the Order of June 3, 2005 (doc. 105): 1, 7(i),and 7(q).

Defendant shall appear at a status conference before the Honorable Yvette Kane on January 12, 2006 at 1:30 p.m.

s/ John E. Jones III
John E. Jones III
United States District Judge